# Exhibit 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,783,931**
**Registered Aug. 4, 2015**
**Int. Cls.: 3, 9, 16, 18, 21, 24, 25, 28, 29, 30, 32 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

Michelle K. Lee
Director of the United States
Patent and Trademark Office

ENTERTAINMENT ONE UK LIMITED (UNITED KINGDOM LIMITED COMPANY (LTD.))
45 WARREN STREET
LONDON W1T 6AG
UNITED KINGDOM AND

ASTLEY BAKER DAVIES LTD (UNITED KINGDOM LIMITED COMPANY (LTD.))
ROOM 525, LINEN HALL
162-168 REGENT STREET, LONDON W1B 5TB
UNITED KINGDOM

FOR: BLEACHING PREPARATIONS FOR LAUNDRY USE; FABRIC SOFTENERS FOR LAUNDRY USE; GENERAL PURPOSE CLEANING, POLISHING, DEGREASING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; AFTERSHAVE LOTIONS; ANTIPERSPIRANTS; ESSENTIAL OILS FOR USE IN AROMATHERAPY; BABY OIL; BABY WIPES; BATH GELS; BATH POWDER; BLUSH; BODY CREAMS, LOTIONS, AND POWDERS; BREATH FRESHENERS; BUBBLE BATH; EAU DE COLOGNE; PERSONAL DEODORANTS; COSMETIC POWDERS FOR THE FACE, HANDS AND BODY; ESSENTIAL OILS FOR PERSONAL USE; EYELINER; EYE SHADOWS; EYEBROW PENCILS; FACE POWDER; FACE CREAMS; FACIAL LOTIONS; FACIAL MASKS FOR COSMETIC PURPOSES; FACIAL SCRUBS; ROOM FRAGRANCES INCORPORATING WICKS; FRAGRANCES FOR PERSONAL USE; HAIR GELS; HAIR CONDITIONERS; HAIR SHAMPOO; HAIR MOUSSE; HAIR CREAM; HAIR SPRAY; HAND CREAM; HAND LOTIONS; SOAPS FOR THE HAND; LIP BALM; LIPSTICKS; LIP GLOSS; LIQUID SOAPS; MAKE-UP; MASCARA; NON-MEDICATED MOUTHWASH; NAIL CARE PREPARATIONS; NAIL ENAMEL; NAIL HARDENERS; NAIL POLISH; PERFUMES; POTPOURRI; SCENTED ROOM SPRAYS; SHAVING CREAMS; SKIN SOAP; TALCUM POWDER; EAUX DE TOILETTE; SKIN CREAMS; SKIN MOISTURIZERS; SUN BLOCKING PREPARATIONS; NON-MEDICATED SUN CARE PREPARATIONS; LIPSTICK HOLDERS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: DVDS FEATURING PRE-SCHOOL AGED CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC, IMAGES, AND ANIMATED CARTOONS AND PROGRAMS; PRE-RECORDED VIDEO CASSETTES FEATURING CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER; FIRE EXTINGUISHING APPARATUS; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; BLANK MAGNETIC DATA CARRIERS; AUDIO RECORDING DISCS FEATURING CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC; DATA-

Reg. No. 4,783,931 PROCESSORS; COMPUTERS; SOUND RECORDINGS FEATURING CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC; AUDIO RECORDINGS FEATURING MUSIC; VIDEO RECORDINGS FEATURING CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC, IMAGES, AND ANIMATED CARTOONS; DOWNLOADABLE RING TONES, MUSIC, MP3 FILES FEATURING MUSIC, GRAPHICS AND VIDEO FILES FEATURING CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC, IMAGES, AND ANIMATED CARTOONS, ALL FOR WIRELESS COMMUNICATIONS DEVICES; COMPUTER GAME PROGRAMS; VIDEO GAME SOFTWARE; COMPUTER GAME PROGRAMS DOWNLOADABLE VIA THE INTERNET; VIDEO GAME CARTRIDGES; VIDEO GAME PROGRAMS RECORDED ON FLOPPY DISCS, CD-ROMS, CASSETTES, TAPES AND MINI DISCS; COMPACT DISC PLAYERS; COMPACT DISCS FEATURING CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC, IMAGES, AND ANIMATED CARTOONS; DVD PLAYERS; COMPUTER SOFTWARE FOR CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC, IMAGES, AND ANIMATED CARTOONS; DOWNLOADABLE COMPUTER PROGRAMS FOR CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC, IMAGES, AND ANIMATED CARTOONS; EXPOSED PHOTOGRAPHIC FILM; CASSETTE PLAYERS; MAGIC LANTERNS; SUNGLASSES, SPECTACLE FRAMES; PHONOGRAPH RECORDS FEATURING CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC; LIFE JACKETS; RECORDING AND PLAYING DEVICES FOR SOUND AND IMAGE CARRIERS; PORTABLE STEREOS; PRE-RECORDED VIDEOTAPES FEATURING CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER; PRE-RECORDED VIDEO CASSETTES FEATURING CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER; VIDEO RECORDERS; MECHANISMS FOR COIN-OPERATED APPARATUS; CASH REGISTERS; CALCULATING MACHINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PAPER; CARDBOARD; GOODS MADE FROM PAPER OR CARDBOARD, NAMELY, BOOKS, BOOKLETS, DRAWING AND COLORING BOOKS, COMIC BOOKS, MAGAZINES, ACTIVITY BOOKS AND SONG BOOKS, ALL IN THE FIELD OF PRE-SCHOOL AGED CHILDREN'S EDUCATION AND ENTERTAINMENT; STATIONERY, NOTEBOOKS AND WRITING PADS, CALENDARS; PHOTOGRAPHIC PRODUCTS, NAMELY, PHOTOGRAPHIC PRINTS; PRINTED MATTER, NAMELY, PRINTED PAPER NAPKINS, PRINTED PAPER TABLECLOTHS AND PRINTED PAPER MATS, PRINTED STICKERS AND IRON-ON AND PLASTIC TRANSFERS PRINTED POSTCARDS AND PRINTED GREETINGS CARDS; PAMPHLETS, BOOKS, NEWSPAPERS, PERIODICALS, MAGAZINES, BROCHURES, CATALOGUES AND PROMOTIONAL PAMPHLETS, ALL IN THE FIELD OF CHILDREN'S EDUCATION AND ENTERTAINMENT; BOOK BINDING MATERIALS; SHEET MUSIC; TELEPHONE CALLING CARDS AND CREDIT CARDS, WITHOUT MAGNETIC CODING; CHROMOLITHOGRAPHS; PHOTOGRAPHS; PICTURES; GRAPHIC REPRESENTATIONS; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF PRE-SCHOOL AGED CHILDREN'S EDUCATION AND ENTERTAINMENT; POSTERS; GREETING CARDS; POSTCARDS; PICTURE CARDS; TRANSFERS AND STICKERS; PHOTOGRAPH ALBUMS; COLLECTORS' ALBUMS IN THE NATURE OF STAMP ALBUMS; STATIONERY PRODUCTS, NAMELY, ENVELOPES; ADHESIVE TAPES FOR HOUSEHOLD DECORATION AND STATIONERY PURPOSES; ARTISTS' MATERIALS, NAMELY, PENS, PENCILS AND CRAYONS, PEN AND PENCIL CASES; MOLDS FOR MODELING CLAYS; DRAWING, PAINTING AND MODELLING GOODS, NAMELY, MODELING COMPOUNDS; RE-USABLE AND AIR-DRYING COMPOUNDS FOR MODELING, ARTS AND CRAFT FINGER PAINT KITS; DRAWING AND PAINTING IMPLEMENTS, NAMELY, SQUARE RULERS; PAINTBRUSHES; ADHESIVES AND ADHESIVE STRIPS FOR STATIONERY OR HOUSEHOLD PURPOSES; TYPEWRITERS; OFFICE REQUISITES, NAMELY, RUBBER BANDS; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF LITERACY AND MATH; DIARIES; CALENDARS; BOOKMARKS; KITCHEN TOWELS OF PAPER; PAPER TOWELS; GEOGRAPHICAL MAPS; MAPS; BEER MATS, NAMELY, COASTERS OF PAPER OR CARDBOARD; ADDRESS STAMPS; LOOSE-LEAF BINDERS FOR OFFICE USE; PAPER FILE JACKETS; PAPER NAPKINS; SHEETS OF RECLAIMED CELLULOSE FOR WRAPPING; FILTER PAPER; PAPER AND CARDBOARD CONTAINERS; PAPER AND CARDBOARD POUCHES FOR

Reg. No. 4,783,931 PACKAGING; PAPER AND CARDBOARD BAGS FOR PACKAGING; ABSORBENT SHEETS OF PAPER FOR FOODSTUFF PACKAGING; PLASTIC BAGS, FILM, FOIL FOR PACKAGING; PRINTERS' TYPE; PRINTING BLOCKS; ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES; LETTER OPENERS OF PRECIOUS METAL, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ANIMAL SKINS; ANIMAL HIDES; TRUNKS AND TRAVELLING BAGS; LEATHER SHOULDER BELTS; ALL-PURPOSE CARRYING, DUFFEL, BOOK, SPORTS, DIAPER, KEY, SCHOOL AND WHEELED BAGS; COSMETIC BAGS SOLD EMPTY; HANDBAGS; PURSES; UMBRELLAS; PARASOLS; WALKING STICKS; WHIPS; HARNESSES AND SADDLERY; RUCKSACKS; LUGGAGE; LUGGAGE TAGS; OVERNIGHT BAGS; CHANGE PURSES; SATCHELS; CANVAS, LEATHER, MESH AND TEXTILE SHOPPING BAGS; TOTE BAGS; WAIST POUCHES; WALLETS; LEATHER AND IMITATION LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NAMELY, POTS, PANS, LIDS FOR POTS AND PANS, CUPS, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS AND WHISKS; HOUSEHOLD AND KITCHEN CONTAINERS; BEVERAGE GLASSWARE; GOODS OF PORCELAIN AND EARTHENWARE, NAMELY, POTS, PANS, LIDS FOR POTS AND PANS, AND CUPS; MUGS; COCKTAIL SHAKERS; BUTTER DISHES; LUNCH BOXES; NON-ELECTRIC CAFETIERES; CERAMICS FOR HOUSEHOLD PURPOSES, NAMELY, VASES, VESSELS, BOWLS, PLATES AND POTS; SMALL HAND-OPERATED HOUSEHOLD AND KITCHEN UTENSILS, NAMELY, SKIMMERS, TURNERS, STRAINERS, GRATERS, SIEVES; HOUSEHOLD AND KITCHEN CONTAINERS; COOKWARE, NAMELY, POTS AND PANS; NON-ELECTRIC COOKING UTENSILS, NAMELY, WIRE BASKETS; CORKSCREWS; KITCHEN GLASS JARS; SERVING TRAYS; DINNERWARE; CUPS; TEA POTS; COMBS; SPONGES FOR HOUSEHOLD PURPOSES; HAIR BRUSHES; BRUSHES FOR WASHING UP; BRUSH-MAKING MATERIALS; ARTICLES FOR CLEANING PURPOSES; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS, EXCEPT GLASS USED IN BUILDING; CANDLE SNUFFERS OF PRECIOUS METAL; CANDLESTICKS NOT OF PRECIOUS METAL; GLOVES FOR HOUSEHOLD PURPOSES; OVEN CLEANING CLOTHS; BARBECUE MITTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, COASTERS, LABELS FOR IDENTIFYING CLOTHING, QUILTS, HANG TAGS, WALL HANGINGS; BED COVERS; TABLE COVERS, NAMELY, TEXTILE AND PLASTIC TABLECLOTHS; AFGHANS; BATH LINEN; BED, SOFA AND CHILDREN'S BLANKETS; BED CANOPIES; BED LINEN; BED SHEETS; BED SKIRTS; BED SPREADS; BLANKET THROWS; CALICO; CHILDREN'S BLANKETS; CLOTH COASTERS; CLOTH DOILIES; CLOTH FLAGS; CLOTH PENNANTS; DUVETS; CURTAINS; FABRIC FLAGS; FELT PENNANTS; GOLF TOWELS; TOWELS; HANDKERCHIEFS; HOODED TOWELS; HOUSEHOLD LINEN; KITCHEN TOWELS; PILLOWCASES; QUILTS; BABY BLANKETS; SILK BLANKETS; TABLE LINEN; TEXTILE TABLE NAPKINS; TEXTILE PLACE MATS; TABLE NAPKINS OF TEXTILE; THROWS; FACE CLOTHS; BANNERS AND FLAGS OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, SHIRTS, TIES, PANTS, SWEATERS, JACKETS, COATS, SHORTS, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, UNDERSHIRTS, UNDERWEAR, SOCKS, PAJAMAS, BELTS, CAPS, HATS, VESTS, SCARVES, GLOVES; FOOTWEAR; HEADWEAR; LEATHER BELTS; BOLO TIES WITH PRECIOUS METAL TIPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES, PLAYTHINGS AND TOYS, NAMELY, TRAVEL BOARD GAMES, HANDHELD NON-ELECTRONIC SKILL GAMES, TABLETOP GAMES, TRAVEL SIZE ELECTRONIC GAMES FOR THE TEACHING OF CHILDREN, CHILDREN'S MULTIPLE ACTIVITY TOYS, ROLE PLAYING GAMES, TRIVIA AND QUESTION AND ANSWER GAMES PLAYED WITH CARDS AND GAME COMPONENTS, CHESS GAMES, CARD GAMES, YO-YOS, ACTION SKILL GAMES, DICE GAMES, TARGET GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, HAND HELD

Reg. No. 4,783,931 GAMES WITH LIQUID CRYSTAL DISPLAYS; ELECTRONIC AND NON-ELECTRONIC PUZZLES AND PUZZLE GAMES; HAND-HELD, TABLETOP, AND TRAVEL-SIZE JIGSAW PUZZLES; PLAYGROUND BALLS FOR GAMES; DOLLS AND TOYS, NAMELY, ARTICULATED AND NON-ARTICULATED DOLLS, TOY FIGURES, MODELED PLASTIC TOY FIGURINES, BENDABLE TOYS AND ACTION FIGURES; STUFFED AND PLUSH TOYS; TOY BEAN BAGS; AND CLOTH TOYS, NAMELY, DOLLS; TOY COSTUME MASKS; PUPPETS; CORRUGATED PLAYHOUSES; ROLLER-SKATES; TOY SCOOTERS; SCALE MODEL TOY VEHICLES; WOODEN TOY VEHICLES; DIECAST TOY VEHICLES; PLAYING CARDS AND CARD GAMES; GYMNASTIC AND SPORTING ARTICLES, NAMELY, HORIZONTAL BARS; DECORATIONS FOR CHRISTMAS TREES, EXCEPT ILLUMINATION ARTICLES AND CONFECTIONERY; ACTION SKILL GAMES; ACTION FIGURES AND ACCESSORIES THEREFOR; BOARD GAMES; CARD GAMES; CHILDREN'S MULTIPLE ACTIVITY TOYS; BADMINTON SETS; BALLOONS; BASKETBALLS; BATH TOYS; BASEBALLS; BEACH BALLS; BEAN BAG DOLLS; TOY BUILDING BLOCKS; BOWLING BALLS; CHESS SETS; CHRISTMAS STOCKINGS; COLLECTABLE TOY FIGURES; CRIB MOBILES; CRIB TOYS; TOSSING DISC TOYS; DOLLS; DOLL CLOTHING; ACCESSORIES FOR DOLLS; DOLL PLAYSETS; ELECTRIC ACTION TOYS; EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES; FISHING TACKLE; GOLF BALLS; GOLF GLOVES; GOLF BALL MARKERS; HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES; HOCKEY PUCKS; INFLATABLE TOYS; PUZZLES; JUMP ROPES; KITES; MAGIC TRICKS; MARBLES; MANIPULATIVE GAMES; MECHANICAL TOYS; MUSIC BOX TOYS; MUSICAL TOYS; PARLOR GAMES; PARTY GAMES; SOFT SCULPTURE TOYS; PUPPETS; ROLLER SKATES; RUBBER ACTION BALLS; SKATEBOARDS; SOCCER BALLS; SPINNING TOPS; SQUEEZE TOYS; STUFFED TOYS; TABLE TENNIS TABLES; TARGET GAMES; TEDDY BEARS; TENNIS BALLS; TOY ACTION FIGURES; TOY BUCKET AND SHOVEL SETS; TOY MOBILES; TOY VEHICLES; TOY SCOOTERS; TOY CARS; TOY MODEL HOBBYCRAFT KITS; TOY FIGURES; TOY BANKS; TOY TRUCKS; TOY WATCHES; WIND UP TOYS; YO-YOS; WATER-WINGS; SWIMMING BELTS; VIDEO GAME MACHINES FOR USE WITH EXTERNAL DISPLAY SCREENS OR MONITORS ONLY; AMUSEMENT APPARATUS ADAPTED FOR USE WITH TELEVISION RECEIVERS ONLY; CHILDREN'S PLAY COSMETICS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME, NOT LIVE; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES; JAMS; COMPOTES; EGGS; MILK; MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR; PREPARATIONS MADE FROM CEREALS, NAMELY, BREAD, PASTRY; CONFECTIONERY, NAMELY, CANDY; EDIBLE, FLAVORED ICES; HONEY; TREACLE; YEAST; BAKING POWDER; SALT; MUSTARD; VINEGAR; SAUCES BEING CONDIMENTS; SPICES, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL, AND AERATED WATERS; NON-ALCOHOLIC BEVERAGES, NAMELY, LEMONADE; FRUIT BEVERAGES; FRUIT JUICES; SYRUPS AND POWDERS FOR MAKING BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE PRE-SCHOOL LEVEL; TRAINING SERVICES IN THE FIELD OF INSTRUCTION AT THE PRE-SCHOOL LEVEL; ENTERTAINMENT IN THE NATURE OF CIRCUSES AND STAGE SHOWS FOR PRE-SCHOOL AGED CHILDREN; TELEVISION ENTERTAINMENT IN THE NATURE OF A SERIES OF TELEVISION SHOWS IN THE FIELD OF PRE-SCHOOL AGED CHILDREN'S ENTERTAINMENT; CHILDREN'S ENTERTAINMENT AND AMUSEMENT CENTERS, NAMELY, AMUSEMENT PARKS AND PLAY AREAS; ORGANIZING COMMUNITY SPORTING AND CULTURAL EVENTS; EDITING AND PRODUCTION OF FILM AND TELEVISION, RADIO AND MULTIMEDIA PROGRAMS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING AN ONGOING RADIO PROGRAM FOR PRE-SCHOOL AGED CHILDREN; ORGANIZING LIVE EXHIBITIONS AND CONFERENCES IN THE FIELDS

**Reg. No. 4,783,931** OF CULTURE, SPORTS AND ENTERTAINMENT FOR NON-BUSINESS AND NON-COMMERCIAL PURPOSES; ENTERTAINMENT SERVICES IN THE NATURE OF LIVE MUSICAL PERFORMANCES; ARRANGING OF CONCERTS; PHOTOGRAPHY SERVICES; PROVIDING RECREATION FACILITIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

OWNER OF U.S. REG. NO. 3,506,452.

PRIORITY DATE OF 10-11-2013 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1220700 DATED 2-20-2014, EXPIRES 2-20-2024.

THE MARK CONSISTS OF A DESIGN OF A STYLIZED PIG WEARING A DRESS.

SER. NO. 79-154,010, FILED 2-20-2014.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cls.: **9, 16, 25, 28 and 41**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107**

**United States Patent and Trademark Office**  Reg. No. 3,663,706
Registered Aug. 4, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# PEPPA PIG

ASTLEY BAKER DAVIES LTD. (UNITED KINGDOM CORPORATION)
120 NEW CAVENDISH STREET
LONDON, UNITED KINGDOM W1W 6XX AND
CONTENDER LIMITED (UNITED KINGDOM CORPORATION)
120 NEW CAVENDISH STREET
LONDON, UNITED KINGDOM W1W 6XX

FOR: COMPUTER GAME SOFTWARE AND PROGRAMS; PRE-RECORDED VIDEO CASSETTES, DVDS, MULTI-MEDIA SOFTWARE, CD-ROMS, COMPACT DISCS, AND AUDIO CASSETTES, ALL FEATURING PRE-SCHOOL AGED CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC, IMAGES, AND ANIMATED CARTOONS; SUNGLASSES; SPECTACLE FRAMES; AUDIOCASSETTE PLAYERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED PUBLICATIONS, NAMELY, BOOKS, BOOKLETS, DRAWING AND COLORING BOOKS, COMIC BOOKS, MAGAZINES, ACTIVITY BOOKS, SONG BOOKS, ALL IN THE FIELD OF PRE-SCHOOL AGED CHILDREN'S EDUCATION AND ENTERTAINMENT; STATIONERY, NOTEBOOKS AND WRITING PADS, CALENDARS, PENS, PENCILS AND CRAYONS, PEN AND PENCIL CASES; ARTS AND CRAFT FINGER PAINT KITS; MODELING COMPOUNDS; RE-USABLE AND AIR-DRYING COMPOUNDS FOR MODELING; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF PRE-SCHOOL AGED CHILDREN'S EDUCATION AND ENTERTAINMENT; PRINTED PAPER NAPKINS; PRINTED PAPER TABLECLOTHS AND PRINTED PAPER MATS; PRINTED STICKERS AND IRON-ON AND PLASTIC TRANSFERS; PRINTED POSTCARDS AND PRINTED GREETINGS CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: CLOTHING AND HEADGEAR, NAMELY, SHIRTS, TIES, PANTS, SWEATERS, JACKETS, COATS, SHORTS, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, UNDERSHIRTS, UNDERWEAR, SOCKS, PAJAMAS, BELTS, CAPS, HATS, VESTS, SCARVES, GLOVES; FOOTWEAR, NAMELY, SHOES, SLIPPERS, AND ATHLETIC SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES, TRAVEL GAMES, HANDHELD GAMES, TABLETOP GAMES, TRAVEL SIZE ELECTRONIC GAMES, ACTIVITY GAMES, AND PLAYTHINGS, NAMELY, BOARD GAMES, ROLE PLAYING GAMES, TRIVIA AND QUESTION AND ANSWER GAMES, CHESS GAMES, CARD GAMES, YO-YOS, ACTION SKILL GAMES, DICE GAMES, TARGET GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, HAND HELD GAMES WITH LIQUID CRYSTAL DISPLAYS; ELECTRONIC AND NON-ELECTRONIC PUZZLES AND PUZZLE GAMES, HAND-HELD, TABLETOP, AND TRAVEL-SIZE JIGSAW PUZZLES; BALLOONS; PLAYGROUND BALLS FOR GAMES; DOLLS AND TOYS, NAMELY, ARTICULATED AND NON-ARTICULATED DOLLS, TOY FIGURES, MODELED PLASTIC TOY FIGURINES, BENDABLE TOYS AND ACTION FIGURES; STUFFED, PLUSH, BEAN-BAG AND CLOTH TOYS; TOY COSTUME MASKS; PUPPETS; CORRUGATED PLAYHOUSES; PLAYING CARDS; ROLLER-SKATES; TOY SCOOTERS; SCALE MODEL TOY VEHICLES; WOODEN TOY VEHICLES; DIECAST TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE PRE-SCHOOL LEVEL; ENTERTAINMENT IN THE NATURE OF CIRCUSES AND STAGE SHOWS FOR PRE-

SCHOOL AGED CHILDREN; TELEVISION ENTERTAINMENT IN THE NATURE OF A SERIES OF TELEVISION SHOWS IN THE FIELD OF PRE-SCHOOL AGED CHILDREN'S ENTERTAINMENT; CHILDREN'S ENTERTAINMENT AND AMUSEMENT CENTERS, NAMELY, AMUSEMENT PARKS AND PLAY AREAS; PRODUCTION OF MOTION PICTURE FILMS AND RADIO AND TELEVISION PROGRAMS FOR PRE-SCHOOL AGED CHILDREN; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS FOR PRE-SCHOOL AGED CHILDREN; PUBLICATION OF TEXT AND GRAPHIC WORKS OF OTHERS ON BOOKS, CD-ROMS AND ONLINE FEATURING CARTOON CHARACTERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF UNITED KINGDOM REG. NO. 2340356, DATED 8-12-2003, EXPIRES 8-12-2013.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIG", APART FROM THE MARK AS SHOWN.

SER. NO. 78-647,153, FILED 6-9-2005.

SHARON MEIER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,506,452

**United States Patent and Trademark Office** Registered Sep. 23, 2008

## TRADEMARK
### PRINCIPAL REGISTER



ASTLEY BAKER DAVIES LTD. (UNITED KINGDOM CORPORATION)
120 NEW CAVENDISH STREET
LONDON, UNITED KINGDOM W1W 6XX AND
CONTENDER LIMITED (UNITED KINGDOM CORPORATION)
120 NEW CAVENDISH STREET
LONDON, UNITED KINGDOM W1W 6XX

FOR: DVDS FEATURING PRE-SCHOOL AGED CHILDREN'S EDUCATIONAL AND ENTERTAINMENT MATTER, GAMES, MUSIC, IMAGES, AND ANIMATED CARTOONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-25-2007; IN COMMERCE 9-25-2007.

SN 78-647,159, FILED 6-9-2005.

SHARON MEIER, EXAMINING ATTORNEY